FILED

07/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0667

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 22-0667

MONTANA DEMOCRATIC PARTY and MITCH BOHN, WESTERN NATIVE VOICE, et al., MONTANA YOUTH ACTION, et al.,

      Plaintiffs and Appellees,

v.

CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,

      Defendant and Appellant.

## ORDER GRANTING SCHOLARS OF STATE CONSTITUTIONAL LAW LEAVE TO APPEAR AS *AMICI CURIAE*

Pursuant to the Unopposed Motion for Leave to File *Amici Curiae* Brief filed by Professors Miriam Seifter and Robert Yablon of the State Democracy Research Initiative at the University of Wisconsin Law School, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED. The Amicus Brief filed by the proposed A*mici* on July 7, 2023, shall be lodged by the Clerk of the Supreme Court and served by *Amici* on all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 12 2023